Cmmc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **'21 MJ03709** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Steven GARCIA-Zarate ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant, ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about September 7, 2021 within the Southern District of California, Steven GARCIA-Zarate, Defendant, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, Lupe MENDEZ-Cruz had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on September 8, 2021.

HON, ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Lupe MENDEZ-Cruz is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 7, 2021, at approximately 8:05 P.M., Steven GARCIA-Zarate (Defendant) was in line to apply for admission into the United States from Tijuana, Baja California, Mexico at the San Ysidro Port of Entry through vehicle primary lanes. Defendant was the only visible occupant of a 2008 Nissan Altima bearing California License plates, when a Customs and Border Protection (CBP) Officer approached his vehicle while conducting pre-primary roving operations. Defendant stated to the CBP Officer that he was traveling to Los Angeles, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle and during his search of the trunk he noticed a speaker in the shape of a box. During a physical inspection of the speaker box, the CBP Officer discovered a person hiding within. The CBP Officer requested assistance from nearby officers. Defendant was secured and escorted to secondary while a CBP Officer drove the vehicle in for further inspection.

In secondary, CBP Officers confirmed that a person was hiding inside the speaker box located inside the trunk. CBP Officers could not get access to the trunk from inside the vehicle since the back side of the speaker was nailed shut against the backseat rest creating an immovable wall. CBP Officers had to break open the speaker-box in order to remove what appeared to be a female. The female was assisted out of the speaker box and escorted to the security office for processing. Further investigation revealed that the female found concealed inside the speaker box is a citizen of Mexico with no entitlements to enter the United States. The female was identified as Lupe MENDEZ-Cruz and is now being held as a Material Witness.

Defendant was advised of his Miranda Rights at approximately 11:52 P.M., and elected to make a statement. Defendant stated he knew a female was concealed inside the speaker-box that was inside the trunk. Defendant stated that he himself retrofitted the speaker-box to hide the person inside. Defendant stated that while at a nightclub in Tijuana, Mexico, he met a male known as "Tony" who facilitated the female, whom he will later attempt to smuggle into the United States. Defendant stated that he helped with the placement of the female inside the speaker, and after he crossed into the United States, he was going to release her from there to prevent her from asphyxiating. Defendant stated he was expecting a payment of $2000 US dollars for bringing the female into the United States. Defendant stated that he was traveling to Los Angeles, California to deliver the female. Defendant stated that he is the registered owner of the vehicle which he acquired with the only purpose of smuggling undocumented aliens into the United States.

During a video-recorded interview Material Witness stated she is a citizen of Mexico by birth in Oaxaca, Mexico with no legal entitlements to enter the United States. Material Witness stated the smuggling arrangements were made by her son and a smuggling fee of $9000 U.S. dollars would be paid after successful crossing. Material Witness stated she was going to New Jersey, United States.