**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEVEN GARCIA-ZARATE,<br><br>                    Defendant. | Case No.: _____<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) –<br>Bringing in Aliens Without<br>Presentation (Felony) |

The Acting United States Attorney charges:

On or about September 7, 2021, within the Southern District of California, defendant, STEVEN GARCIA-ZARATE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lupe Mendez-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring and attempt to bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: 9/23/2021_____.

                                  RANDY S. GROSSMAN
                                  Acting United States Attorney

                                  *[signature]*

                                  FRANCISCO A. NAGEL
                                  Assistant U.S. Attorney

FAN:jrdc:9/23/2021